IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America,

        Plaintiff,

    v.                                    2:20-cr-151
                                          Judge Sarah D. Morrison

Robert S.W. Tinsley,

        Defendant.

## ORDER

There being no objections, the Court hereby adopts the Report and Recommendation of the Magistrate Judge (ECF No. 34) that the defendant's guilty plea be accepted. The Court accepts the defendant's plea of guilty to Count 1 of the Information, and he is hereby adjudged guilty on this count. The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

Date: October 23, 2020                              s\Sarah D. Morrison
                                                    Sarah D. Morrison
                                                      United States District Judge